IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, Successor to RBC BANK (USA), | ) ) ) | |
| Plaintiff, | ) ) ) ) | CIVIL ACTION FILE NO. 4:13-CV-0087-HLM |
| v. | ) ) | |
| APEX LOCATORS, LLC, ROLLING HILLS PLAZA, LLC, and EDWARD BYRON SLAUGHTER, | ) ) ) ) | |
| Defendants. | ) ) | |

## RECEIVER'S FOURTH REPORT

S. Gregory Hays, of Hays Financial Consulting, LLC (the "Receiver"), the court-appointed Receiver for the collateral and pledged assets (the "Assets") including the nine properties more fully described in the Order appointing a receiver, files his fourth report showing the Court as follows:

## INTRODUCTION

1. This matter came before the Court upon the Motion to Appoint Receiver (the "Motion") filed by PNC Bank, ("PNC" or the "Plaintiff"), against Defendants on April 16, 2013.

2. S. Gregory Hays was appointed as Receiver of the Assets pursuant to the Order entered by the Court on May 6, 2013 (the "Order").

3. A Notice of Appointment of Receiver was filed in The United States District Court for the Northern District of Alabama, Middle Division on May 9, 2013, in order to

establish the Receiver's jurisdiction over certain assets located in Cherokee County, Alabama.

4. The Assets consist of a mixed group of commercial and residential real estate properties located in Georgia and Alabama.

5. Pursuant to Section III.4. of the Order, the Receiver files this status report.

## OVERVIEW OF THE RECEIVER'S ACTIVITIES

6. The Receiver filed his Initial Report on June 13, 2013 informing the Court, the secured lender and other interested parties of the status of the Assets, existing tenants, and insurance coverage.

7. There are currently four known tenants. There are an unknown number of tenants occupying the storage units in Centre, Alabama. The Receiver continues to make requests to Defendants and counsel to obtain information regarding these tenants. Defendants and counsel have promised to produce a rent roll and accounting books and records, but have only delivered partial information to the Receiver as of this filing. Some lease copies have been provided, but no comprehensive rent roll, particularly for the storage units, has been provided. No accounting books or records have been received.

8. The Receiver received ACORD Certificates of Liability and Property Insurance on July 3, 2013 indicating the Receiver has been added as a Named Insured regarding liability and noting that PNC Bank is Loss Payee on the property. The properties are part of a master policy held by the Defendants. The Receiver has made multiple requests to obtain a copy of the revised policy/endorsement naming him as Named

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, the **RECEIVER'S FOURTH REPORT** was served by first class U.S. Mail, postage prepaid, or by electronic mail, if applicable, to the following:

Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway
Atlanta, GA 30339

Eric J. Breithaupt
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

Ron C. Bingham, II
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

This _____ day of September, 2013.

S. Gregory Hays, Receiver for
Apex Locators, LLC et. al.

Hays Financial Consulting, LLC

3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326
Telephone:     404.926-0060
Facsimile:     404.926-0055