FILED IN CLERK'S ᴾ°ᴹᴵˢ
U.S.D.C. Rome

.JAN 1 4 2014

JAMES N. HATTEN.
By:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br>Successor to RBC BANK (USA), | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE NO.<br>4:13-CV-0087-HLM |
| v. | ) ) | |
| APEX LOCATORS, LLC,<br>ROLLING HILLS PLAZA, LLC, and<br>EDWARD BYRON SLAUGHTER, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO APPROVE FINAL REPORT, DISCHARGE RECEIVER, AND TERMINATE RECEIVERSHIP

NOW COMES S. Gregory Hays of Hays Financial Consulting, LLC, Receiver, (the "Receiver" or "Hays") and moves the Court as follows:

## BACKGROUND

1.      This matter came before the Court upon the Motion to Appoint Receiver (the "Motion") filed by PNC Bank, ("PNC" or the "Plaintiff"), against Defendants on April 16, 2013.

2.      S. Gregory Hays was appointed as Receiver of the Assets pursuant to the Order entered by the Court on May 6, 2013 (the "Order").

3.      A Notice of Appointment of Receiver was filed in The United States District Court for the Northern District of Alabama, Middle Division on May 9, 2013, in order to establish the Receiver's jurisdiction over certain assets located in Cherokee County, Alabama.

Final Motion for Approval and Release Apex 1.7.144

4. The Assets consist of a mixed group of commercial and residential real estate properties located in Georgia and Alabama.

5. On October 5, 2013, Edward Byron Slaughter, Apex Locators LLC, and Rolling Hills Plaza LLC filed a Chapter 11 petition in the U.S. Bankruptcy Court for the Northern District of Georgia (case # 13-42906).

6. On October 18, 2013, the Receiver and PNC Bank filed a joint Motion in the Bankruptcy Case to avoid turnover of the Assets. The Bankruptcy Court held a hearing on this Motion and issued an Interim Order on November 12, 2013 allowing the Receiver to continue to collect rent for the nine included properties. A final hearing on the Motion was then scheduled for November 22, 2013. At this hearing, the Bankruptcy Court ruled in favor of the Debtor and the Motion was denied, and an Order was entered on December 20, 2013 reflecting this ruling. As part of the Order, the Receiver was required to turn over the nine properties and all assets related to them back to the Debtor.

## FINAL REPORT

7. The Receiver is filing contemporaneously with this Motion its Final Report. As reported in that filing, Receiver has materially performed its duties and only administrative actions remain to be performed.

## RELIEF REQUESTED

8. The Receiver requests that the Court:

    (a) approve the Final Report;

    (b) approve on final basis compensation for Receiver;

    (c) discharge the Receiver from all duties and obligations, including, but not limited to, the preparation of tax returns, business records, record retention and the like;

Final Motion for Approval and Release Apex 1.7.144

(d)    forever discharge Receiver of any liability to Apex Locators LLC, Rolling Hills Plaza LLC, and Edward Byron Slaughter, any holder of any claims against or interest in Apex Locators LLC, Rolling Hills Plaza LLC, and Edward Byron Slaughter, or to any other party arising from or out of this receivership;

(e)    relieve Receiver of its duties as Receiver under the orders appointing Receiver and granting powers to the Receiver and approve closing of the receivership estate;

(f)    enter the attached Order Discharging Receiver and Terminating Receivership;

(g)    grant to Receiver such other and further relief as may be just and proper.

WHEREFORE, S. Gregory Hays of Hays Financial Consulting, LLC, in his official capacity as Receiver, respectfully moves the Court to enter an Order providing for the relief prayed for in paragraph 8 and granting to Receiver such other and further relief as the Court deems just and proper.

This ___ day of January, 2014.

S. Gregory Hays, Receiver for
Apex Locators, LLC et. al.

Hays Financial Consulting, LLC

3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326
Telephone:    404.926-0060
Facsimile:    404.926-0055

3                    Final Motion for Approval and Release Apex 1.7.144

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, **MOTION TO APPROVE FINAL REPORT, DISCHARGE RECEIVER, AND TERMINATE RECEIVERSHIP** was served by first class U.S. Mail, postage prepaid, or by electronic mail, if applicable, to the following:

Paul Reece Marr, P.C.
Suite 960
300 Galleria Parkway
Atlanta, GA 30339

Eric J. Breithaupt
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

Ron C. Bingham, II
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308

Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0039

This _____ day of January, 2014.

S. Gregory Hays, Receiver for
Apex Locators, LLC et. al.

Hays Financial Consulting, LLC

3343 Peachtree Road, NE, Suite 200
Atlanta, GA  30326
Telephone:    404.926-0060
Facsimile:    404.926-0055

Final Motion for Approval and Release Apex 1.7.144